AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**RICHARD COOK,**

      vs.         Case Number:  **07-3316**

**STANDARD INSURANCE COMPANY,**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Opinion entered on February 7, 2008 by the Honorable Richard Mills, the Defendant's motion to dismiss the Plaintiff's complaint on the basis of ERISA preemption [d/e 5] is ALLOWED.  The complaint is DISMISSED WITHOUT PREJUDICE.--------------------

ENTER this 7th day of February, 2008

s/Pamela E. Robinson
PAMELA E. ROBINSON, CLERK

s/M. Stewart
BY:  DEPUTY CLERK